No. 1196. GANDÍA & Co., PLAINTIFFS AND RESPONDENTS, *v.* ALONSO, DEFENDANT AND APPELLANT.—Appeal from the District Court of Arecibo in an action of debt. Motion by respondents for dismissal of the appeal. Decided November 24, 1914. Motion overruled because the appellant filed his brief before the hearing on the motion and pursuant to the jurisprudence laid down in the cases of *González* v. *Acha,* 19 P. R. R., 1143; *Alfonzo* v. *Rosso, ante* page—. *Mr. Antonio Suliveres* for the respondents. *Mr. Pedro Amado Rivera* for the appellant.

---

No. 1242. RODRÍGUEZ ET AL., PLAINTIFFS AND RESPONDENTS, *v.* SUCCESSION OF VIRELLA ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Guayama in an action of filiation, nullity of will, etc. Motion by appellants for leave to withdraw the appeal. Decided November 24, 1914. Motion sustained. *Mr. Rafael López Landrón* for the appellants. The respondents did not appear.